# Civil, Law, Chancery, Domestic Case Search

For your convenience, the Clerk of the Circuit Court offers on-line access to electronic docket information for cases in the Criminal divisions. By using this service, the user agrees and understands that he or she is bound by the on-line access to court records Terms of Agreement.

Case Information for Case Number:

Return to Results | Search Again

| Case Number | Calendar | Date Filed | Division |
|---|---|---|---|
| 2023L009113 | LCALF | 09/11/2023 | District 1 |

| Plaintiff(s) | Case Type | Defendant(s) | Attorney |
|---|---|---|---|
| ASIA BELL | Motor Vehicle - Jury | MITCH SORENSON<br>WAYNE TRANSPORTS | KADZAI DAVID A<br>GREGORY COOK |

| Ad Damnum |
|---|
| 0 |

**Future Court Activity:**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Court Date:** | 12/19/2024 | **Hearing Type:** | Continued Case Management (Judicial Officer:Johnson, Moira S.,Calendar, F) | **Time:** | 10:00 AM | **Location:** | Court Room 2201,Richard J Daley Center |
| **Court Date:** | 03/21/2024 | **Hearing Type:** | Continued Case Management (Judicial Officer:Johnson, Moira S.,Calendar, F) | **Time:** | 10:15 AM | **Location:** | Court Room 2201,Richard J Daley Center |

EXHIBIT A

| Court Date: | 02/21/2024 | Hearing Type: | Continued Case Management (Judicial Officer:Johnson, Moira S.,Calendar, F) | Time: | 10:15 AM | Location: | Court Room 2201,Richard J Daley Center |
|---|---|---|---|---|---|---|---|

**Case Activities:**

| Activity Date: | Event Desc: | Comments: |
|---|---|---|
| 11/15/2023 | Appearance Filed - Fee Paid - | Entry of Appearance |
| 11/15/2023 | Case Continued For Case Management Conference - Allowed - | |
| 10/23/2023 | Alias Summons Issued | |
| 10/23/2023 | Alias Summons Issued | |
| 10/17/2023 | Appoint Special Deputy - Allowed - | |
| 10/13/2023 | Electronic Notice Sent | |

| Activity Date: | 10/13/2023 | Event Desc: | Electronic Notice Sent | Comments: | |
|---|---|---|---|---|---|
| Activity Date: | 10/10/2023 | Event Desc: | Notice Filed | Comments: | Notice of Motion |
| Activity Date: | 10/05/2023 | Event Desc: | Motion For Appointment Of Special Process Server Filed | Comments: | Motion to Appoint SPS |
| Activity Date: | 09/11/2023 | Event Desc: | New Case Filing | Comments: | |
| Activity Date: | 09/11/2023 | Event Desc: | Personal Injury (Motor Vehicle) Complaint Filed (Jury Demand) | Comments: | |

Please Note: If data does not appear in a specific field, we likely do not have the responsive data in our master database. If you have reason to believe there is an error, please contact the Internet Court Call Help Line at 312.603.4357.

Law Division Motion Section Initial Case Management Dates for CALENDARS (A,B,C,D,E,F,H,R,X,Z) will be heard In Person.
All other Law Division Initial Case Management Dates will be heard via Zoom
For more information and Zoom Meeting IDs go to https.//www.cookcountycourt,org/HOME?Zoom-Links?Agg4906_SelectTab/12
Court Date: 11/15/2023 9:30 AM

FILED
9/11/2023 12:00 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2023L009113
Calendar, F
24306018

FILED DATE: 9/11/2023 12:00 AM 2023L009113

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, LAW DIVISION**

| | | |
|---|---|---|
| ASIA BELL,<br><br>Plaintiff,<br><br>v.<br><br>MITCH SORENSON and WAYNE TRANSPORTS,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Jury Trial Demanded<br><br>No. 2023 L<br><br>Calendar |

**COMPLAINT AT LAW**

**NOW COMES,** Plaintiff, ASIA BELL, (hereinafter "Plaintiff") by and through her attorneys, THE LAW OFFICES OF DAVID A. KADZAI, LLC and for his Complaint herein states as follows:

**PARTIES AND VENUE**

1. At all relevant times to this action, Plaintiff, ASIA BELL, (hereinafter "Plaintiff"), is a citizen of Illinois.

2. At all times relevant to this action, Defendant, MITCH SORENSON and, was a citizen of Illinois.

3. At all relevant times herein, the Defendant, WAYNE TRANSPORTS, a Motor Carrier, was subject to the rules and regulations of the United States Department of Transportation and the Federal Motor Carrier Safety Administration, codified in Title 49 of the Code of Federal Regulations, parts 300-399 and related parts.

4. At the time of the crash, the Defendant Wayne Transport was the owner of a semi-truck, (hereinafter "Semi Truck"), being driven by its agent and servant, Defendant MITCH SORENSON.

5. Venue is proper pursuant to 735 ILCS 5/2-101, as was at all times relevant to this action and remains located in Cook County, Illinois. Further, all of the negligent acts at issue

FILED DATE: 9/11/2023 12:00 AM 2023L009113

occurred in Cook County, Illinois.

6. Plaintiff has been injured by Defendants negligent acts and has suffered damages therefrom.

**FACTS**

7. Plaintiff, ASIA BELL, bring this negligence action for damages to her vehicle and injuries caused when MITCH SORENSON (hereinafter "Defendants") caused a crash on May 9th, 2022, at 05:30 PM.

8. On May 9th, 2022, Plaintiff, ASIA BELL, was merging on to the I-290 expressway when Defendant rear ended and collided with the Plaintiff' vehicle. The collision caused substantial damages and personal injuries to Plaintiff.

9. Due to Defendants failure to pay attention to vehicles around him and travelling too fast for road conditions, Defendant caused damages to the Plaintiff's vehicle.

**COUNT I (Negligence)**

10. Plaintiff repeats and realleges all allegations contained in paragraphs 1 through 9 of this Complaint as if fully set forth herein.

11. Defendants owed Plaintiff a duty to exercise reasonable care in driving his vehicle on public roads, to obey traffic lights, signals, signs and exercise reasonable care to avoid injuring other drivers and their vehicles.

12. Defendants breached that duty and was negligent and careless in respects to the aforestated accident for reason that he:

a. Failed to maintain proper control of his vehicle;

b. Failed to observe Plaintiff' vehicle;

c. Failed to keep a proper lookout;

FILED DATE: 9/11/2023 12:00 AM 2023L009113

d. Failed to observe the presence and proximity of Plaintiff's vehicle; and

e. Was otherwise negligent and careless.

13. The accident caused substantial damage to Plaintiff's vehicle and made it inoperable, among other things, the accident also caused personal injuries to Plaintiff.

14. The accident also caused incidental damages to Plaintiff, ASIA BELL, causing her to obtain substitute transportation for a period when she were denied use of her vehicle.

**PRAYER FOR RELIEF**

**WHEREFORE,** the Plaintiff respectfully prays for a judgment against the Defendants, in a sum sufficient to compensate them for their injuries, costs, pre and post judgment interest in a sum in excess of fifty thousand dollars ($50,000) and for all other relief which is just and proper in the premises.

**COUNT II (Respondeat Superior against Wayne Transports)**

15. Plaintiff repeats and realleges all allegations contained in paragraphs 1 through 14 of this Complaint as if fully set forth herein.

16. At said time and place, Defendant, MITCH SORENSON, was operating the Semi Truck under the authority and control of his employer or contractor, WAYNE TRANSPORTS.

17. At said time and place, Defendant MITCH SORENSON was operating the Semi Truck with the consent of Defendant WAYNE TRANSPORTS.

18. At said time and place, Defendant MITCH SORENSON was operating the Semi Truck in the course and scope of his employment with Defendant, WAYNE TRANSPORTS.

19. At said time and place, it was the duty of the Defendant, WAYNE TRANSPORTS, by and through its agent or employee Defendant Trucker, to own, operate, maintain, and control its Semi Truck in a manner so as not to negligently cause injury to persons lawfully on the road way, including the Plaintiff, ASIA BELL.

FILED DATE: 9/11/2023 12:00 AM   2023L009113

20.     Notwithstanding the foregoing duty, the Defendant, WAYNE TRANSPORTS, by and
through its agent or employee Defendant, MITCH SORENSON, did own, operate,
maintain, and control its Semi Truck in a dangerous and negligent manner in one or more
of the following ways:

    a.  failed to slow or stop the Semi Truck when danger to the Plaintiff was
imminent;

    b.  operated the Semi Truck at a speed too great for conditions prevailing;

    c.  failed to keep a proper lookout;

    d.  followed the Plaintiff's vehicle too closely;

    e.  failed to avoid a collision with the vehicle operated by Plaintiff;

    f.  failed to slow or stop the Semi Truck when danger to the Plaintiff was
imminent;

    g.  struck the vehicle occupied by the Plaintiff;

    h.  failed to adhere to certain rules and regulations codified in 49 CFR 300 et
seq., including not having the legally required log book, violating regulations
on maximum driving time, and failing to reduce speed and exercise caution in
hazardous weather conditions; and

    i.  failed to properly maintain its Semi Truck, including but not limited to
adequate brakes.

21.     As direct and proximate result of one or more of the foregoing acts of negligence, the
Semi Truck owned by the Defendant, WAYNE TRANSPORTS, did violently collide
with the vehicle occupied by the Plaintiff, ASIA BELL, and as a result thereof, the
Plaintiff did suffer the following past, present, and future loss and damage:

FILED DATE: 9/11/2023 12:00 AM 2023L009113

a. bodily injury;

b. pain and suffering;

c. mental suffering;

d. medical expenses; and

e. disability or loss of normal life.

**PRAYER FOR RELIEF**

**WHEREFORE,** the Plaintiff respectfully prays for a judgment against the Defendants, in a sum sufficient to compensate them for their injuries, costs, pre and post judgment interest in a sum in excess of fifty thousand dollars ($50,000) and for all other relief which is just and proper in the premises.

**COUNT III (Direct Negligence Against Wayne Transports)**

22. The Plaintiff hereby adopts and re-alleges paragraphs 1-21 as though fully set forth herein.

23. The Defendant, WAYNE TRANSPORTS, had the duty to act reasonably in hiring and retaining Defendant, MITCH SORENSON, to operate the Semi Truck.

24. The Defendant, WAYNE TRANSPORTS, had the duty to promulgate and enforce rules and regulations to ensure its drivers, including Trucker, and vehicles, including the Semi Truck, were reasonably safe and in compliance with all applicable state and federal laws.

25. Notwithstanding the foregoing duties, the Defendant, WAYNE TRANSPORTS, by and through its agents and employees, did breach said duties in one or more of the following ways:

a. knew or should have known that MITCH SORENSON was unfit to operate the Semi Truck;

FILED DATE: 9/11/2023 12:00 AM   2023L009113

b.  allowed Trucker to operate the Semi Truck while in violation of applicable federal regulations at 49 CFR 300, et seq.;

c.  did not take appropriate action in training MITCH SORENSON;

d.  did not take appropriate action in disciplining or re-training MITCH SORENSON when it knew or should have known MITCH SORENSON failed to comply with various rules and regulations;

e.  did not remove MITCH SORENSON from duties after WAYNE TRANSPORTS knew or should have known MITCH SORENSON was unfit for the job; and

f.  did not provide supervision of MITCH SORENSON when necessary or reasonable to do so to ensure safety and compliance with applicable rules.

26.   As direct and proximate result of one or more of the foregoing acts of negligence, the Semi Truck owned by the Defendant WAYNE TRANSPORTS did violently collide with the vehicle occupied by the Plaintiff, ASIA BELL, and as a result thereof, the Plaintiff did suffer the following past, present, and future loss and damage:

a.  bodily injury;

b.  pain and suffering;

c.  mental suffering;

d.  medical expenses; and

e.  disability or loss of normal life

**WHEREFORE**, the Plaintiff, ASIA BELL, prays for judgment against the Defendant, WAYNE TRANSPORTS, in an amount in excess of FIFTY THOUSAND DOLLARS ($50,000.00) and costs.

FILED DATE: 9/11/2023 12:00 AM 2023L009113

Respectfully submitted,

David A. Kadzai

*One of Plaintiff's Attorneys*

**Document prepared by:**

David A. Kadzai, Esq.
**The Law Offices of David A. Kadzai, LLC**
1525 E. 53rd Street, Suite 832
Chicago, Illinois 60615
T: (312) 229-0050
F: (312) 229-0051
E: dkadzai@kadzailawgroup.com
Cook County Attorney No. 49151
*Attorney for Plaintiff*

FILED DATE: 9/11/2023 12:00 AM 2023L009113

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, LAW DIVISION**

| | | |
|---|---|---|
| ASIA BELL, | ) | |
| | ) | |
| Plaintiff, | ) | Jury Trial Demanded |
| | ) | |
| v. | ) | |
| | ) | No. 2023 L |
| MITCH SORENSON and WAYNE TRANSPORTS, | ) | |
| | ) | |
| | ) | Calendar |
| Defendants. | ) | |

**<u>AFFIDAVIT PURSUANT TO RULE 222(b)</u>**

I, David A. Kadzai, attorney for Plaintiff, ASIA BELL, state that the damages sought in this matter exceed Fifty Thousand ($50,000.00) Dollars.

Under penalties as provided by law pursuant to 735 ILCS 5/1-109, I certify that the statements set forth herein are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that I verily believe the same to be true.

Respectfully submitted,

David A. Kadzai

*One of Plaintiff's Attorneys*

**Document prepared by:**

David A. Kadzai, Esq.
**The Law Offices of David A. Kadzai, LLC**
1525 E. 53rd Street, Suite 832
Chicago, Illinois 60615
T: (312) 229-0050
F: (312) 229-0051
E: dkadzai@kadzailawgroup.com
Cook County Attorney No. 49151
*Attorney for Plaintiff*

Hearing Date: No hearing scheduled
Location: <<CourtRoomNumber>>
Judge: Calendar, F

FILED
10/5/2023 5:39 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2023L009113
Calendar, F
24658002

FILED DATE: 10/5/2023 5:39 AM 2023L009113

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION**

ASIA BELL
Plaintiff,

v.

MITCH SORENSON and WAYNE TRANSPORTS

Defendant.

No. 2023 L 009113

Motion Calendar F

**MOTION TO APPOINT SPECIAL PROCESS SERVER**

**NOW COMES,** THE LAW OFFICES OF DAVID A. KADZAI, LLC, on its application for Appointment of a Special Process Server in the above-captioned cause, and in support thereof states as follows:

1. There are no addresses on the Traffic Crash Report whatsoever, and, therefore, the Cook County Sheriff attempting service would be impractical.
2. Timely service of the Summons and Complaint is essential to move this matter forward.
3. It's Your Serve is a certified detective agency located at 134 North LaSalle Street, Suite 1410, Chicago, Illinois 60602. It's Your Serve's Department of Professional Regulation certificate number is 117.000885

**WHEREFORE**, the law firm of THE LAW OFFICES OF DAVID A. KADZAI, LLC, prays for the appointment of It's Your Serve as process servers in the above captioned cause.

David A. Kadzai, Esq.
**The Law Offices of David A. Kadzai, LLC**
1525 East 53rd Street, Suite 832
Chicago, Illinois 60615
(312) 229-0050
dkadzai@kadzailawgroup.com
Cook County Attorney No. 49151
Attorney for Plaintiff

David A. Kadzai

*One of Her Attorneys*

Hearing Date: No hearing scheduled
Location: <<CourtRoomNumber>>
Judge: Calendar, F

FILED
10/10/2023 12:00 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2023L009113
Calendar, F
24697765

FILED DATE: 10/10/2023 12:00 AM 2023L009113

STATE OF ILLINOIS )
)
COUNTY OF COOK )

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT - LAW DIVISION**

| | | |
|---|---|---|
| Asia Bell | ) | |
| | ) | |
| PLAINTIFF, | ) | Case No. 23 L 009113 |
| | ) | |
| v. | ) | |
| | ) | |
| Mitch Sorenson and Wayne Transports | ) | Motion Calendar F |
| | ) | |
| DEFENDANT. | ) | |

**NOTICE OF MOTION**

TO: No Service

**PLEASE TAKE NOTICE**, on October 16, 2023 at 9:00 a.m., I shall electronically submit Plaintiff's, Motion for Appointment of Special Process Server, to the Honorable Judge via email address Law.Calfcc@cookcountyil.gov

To respond or object to the Motion please email response or objection to law.Calfcc@cookcountyil.gov after 10:00 a.m. on the date set forth above, with a "cc" to all attorneys of record as listed here.

If no response or objection is emailed before 4:00 p.m. on the date set forth above, the Court will rule on the Motion and enter an Order.

/s/David A. Kadzai

**CERTIFICATE OF SERVICE BY ELECTRONIC MAIL**

The undersigned hereby certifies that he served a copy of the Motion for Appointment of Special Process Server on October 9, 2023 by electronic mail.

/s/David A. Kadzai

Date: 10/12/2023

CIRCUIT COURT OF COOK COUNTY
LAW DIV. RM. 801,  DALEY CENTER.
 CHICAGO IL-60602

Bell Asia


 -
kadzaiDavid A
DKADZAI@KADZAILAWGROUP.COM


      Notice of In Person Case Management

CASE: 2023L009113 / Asia Bell -vs- Mitch Sorenson,Wayne Transports

All Law Division Motion Calendar Initial Case Management dates will be held In Person,
In-Person Court Date: Wednesday  November  15  2023  09:30 AM
 Room Court Room 2201 Calendar  F

For all questions on the initial CMC date,
email: LAW.CALFcc@cookcountyil.gov or phone: (312) 603-6064

Date: 10/12/2023

CIRCUIT COURT OF COOK COUNTY
LAW DIV. RM. 801,  DALEY CENTER.
 CHICAGO IL-60602

Bell Asia


 -

kadzaiDavid A
DKADZAI@KADZAILAWGROUP.COM

        Notice of In Person Case Management

CASE: 2023L009113 / Asia Bell -vs- Mitch Sorenson,Wayne Transports

All Law Division Motion Calendar Initial Case Management dates will be held In Person,
In-Person Court Date: Wednesday  November  15  2023  09:30 AM
 Room Court Room 2201 Calendar  F

For all questions on the initial CMC date,
email: LAW.CALFcc@cookcountyil.gov or phone: (312) 603-6064

**IN THE CIRCUIT COURT OF COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, LAW DIVISION**

ASIA BELL
Plaintiff,

v.

MITCH SORENSON and WAYNE TRANSPORTS
Defendant.

No. 2023 L 009113

**ORDER**

**THIS CAUSE** coming to be heard on Plaintiff's Motion for Appointment of Special Process Server, due notice being given, and the Court being fully advised in the premises,

**IT IS HEREBY ORDERED:**

1. Plaintiff's Motion is granted.

2. It's Your Serve, License No. 117.000885, is hereby appoint as Special Process Servers in this matter.

Assoc. Judge Moira S. Johnson
OCT 17 2023
Circuit Court - 1836

Judge

Date

Hearing Date: No hearing scheduled
Location: <<CourtRoomNumber>>
Judge: Calendar, F

This form is approved by the Illinois Supreme Court and must be accepted in all Illinois Courts.
Forms are free at ilcourts.info/forms.

FILED DATE: 10/23/2023 2:16 PM 2023L009113

| STATE OF ILLINOIS, CIRCUIT COURT ______ COUNTY | SUMMONS | For Court Use Only<br>FILED<br>10/23/2023 2:16 PM<br>IRIS Y. MARTINEZ<br>CIRCUIT CLERK<br>COOK COUNTY, IL<br>2023L009113<br>Calendar, F<br>24900555 |
|---|---|---|

| Instructions ▼ | |
|---|---|
| Enter above the county name where the case was filed. | Asia Bell<br>**Plaintiff / Petitioner** *(First, middle, last name)* |
| Enter your name as Plaintiff/Petitioner. | v. |
| Below "Defendants/ Respondents," enter the names of all people you are suing. | **Defendants / Respondents** *(First, middle, last name)*<br>Mitch Sorenson and Wayne Transports |
| Enter the Case Number given by the Circuit Clerk. | ☐ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)* |

2023 L 009113
**Case Number**

# IMPORTANT: You have been sued.

- Read all documents attached to this Summons.
- You MUST file an official document with the court within the time stated on this Summons called an *Appearance* and a document called an *Answer/Response*. If you do not file an *Appearance* and *Answer/Response* on time, the judge may decide the case without hearing from you. This is called "default." As a result, you could lose the case.
- All documents referred to in this Summons can be found at ilcourts.info/forms. Other documents may be available from your local Circuit Court Clerk's office or website.
- After you fill out the necessary documents, you need to electronically file (e-file) them with the court. To e-file, you must create an account with an e-filing service provider. For more information, go to ilcourts.info/efiling. If you cannot e-file, you can get an exemption that allows you to file in-person or by mail.
- You may be charged filing fees, but if you cannot pay them, you can file an Application for Waiver of Court Fees.
- It is possible that the court will allow you to attend the first court date in this case in-person or remotely by video or phone. Contact the Circuit Court Clerk's office or visit the Court's website to find out whether this is possible and, if so, how to do this.
- Need help? Call or text Illinois Court Help at 833-411-1121 or go to ilcourthelp.gov for information about going to court, including how to fill out and file documents. You can also get free legal information and legal referrals at illinoislegalaid.org. All documents referred to in this Summons can be found at ilcourts.info/forms. Other documents may be available from your local Circuit Court Clerk's office or website.
- ¿Necesita ayuda? Llame o envíe un mensaje de texto a Illinois Court Help al 833-411-1121, o visite ilcourthelp.gov para obtener información sobre los casos de la corte y cómo completar y presentar formularios.

## Plaintiff/Petitioner:

**Do not use this form** in these types of cases:

- All criminal cases
- Eviction
- Small Claims
- Divorce
- Order of protection
- Paternity
- Stalking no contact orders
- Civil no contact orders
- Adult guardianship
- Detinue
- Foreclosure
- Administrative review cases

For eviction, small claims, divorce, and orders of protection, use the forms available at ilcourts.info/forms. If your case is a detinue, visit illinoislegalaid.org for help.

**If you are suing more than 1 Defendant/Respondent**, attach an *Additional Defendant/Respondent Address and Service Information* form for **each** additional Defendant/Respondent.

FILED DATE: 10/23/2023 2:16 PM 2023L009113

In **1a**, enter the name and address of the first Defendant/ Respondent you are serving. If you are serving a Registered Agent, include the Registered Agent's name and address here.

In **1b**, enter a second address for the first Defendant/ Respondent, if you have one.

In **1c**, check how you are sending your documents to this Defendant/ Respondent.

**1. Defendant/Respondent's address and service information:**

a. Defendant/Respondent's primary address/information for service:

Name *(First, Middle, Last)*: Wayne Transports

Registered Agent's name, if any: TBD

Street Address, Unit #: TBD

City, State, ZIP: TBD

Telephone: ____________ Email: TBD

b. If you have more than one address where Defendant/Respondent might be found, list that here:

Name *(First, Middle, Last)*: ____________

Street Address, Unit #: ____________

City, State, ZIP: ____________

Telephone: ____________ Email: ____________

c. Method of service on Defendant/Respondent:

☐ Sheriff ☐ Sheriff outside Illinois: ____________ *County & State*

☑ Special process server ☐ Licensed private detective

Check here if you are serving more than 1 Defendant/ Respondent. Attach an *Additional Defendant/ Respondent Address and Service Information* form for each additional Defendant/Respondent and write the number of forms you attached.

☐ **I am serving more than 1 Defendant/Respondent.**

I have attached ____________ *(Number)* *Additional Defendant/Respondent Address and Service Information* forms.

In **2a**, enter the amount of money owed to you. Check **2b** if you are asking for the return of tangible personal property.

**2. Information about the lawsuit:**

a. Amount claimed: $ ____________

☐ b. I am asking for the return of tangible personal property (items in the Defendant/Respondent's possession).

In **3**, enter your complete address, telephone number, and email address, if you have one.

**3. Contact information for the Plaintiff/Petitioner:**

Name *(First, Middle, Last)*: The Law Offices of David A. Kadzai, LLC

Street Address, Unit #: 1525 E 53rd St Suite 832

City, State, ZIP: Chicago, IL 60615

Telephone: 3122290050 Email: dkadzai@kadzailawgroup.com

**GETTING COURT DOCUMENTS BY EMAIL:** You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information, notice of court dates, or documents from other parties.

**Important information for the person getting this form**

You have been sued. Read all of the documents attached to this *Summons*.
To participate in the case, you must follow the instructions listed below. If you do not, the court may decide the case without hearing from you and you could lose the case. *Appearance* and *Answer/Response* forms can be found at: ilcourts.info/forms.

Check **4a** or **4b**. If Defendant/Respondent only needs to file an *Appearance* and *Answer/Response* within 30 days, check box **4a**. Otherwise, if the clerk gives you a court date, check box **4b**.

**4. Instructions for person receiving this *Summons* (Defendant):**

☑ a. To respond to this *Summons,* you must file *Appearance* and *Answer/Response* forms with the court within 30 days after you have been served (*not counting the day of service*) by e-filing or at:

Address: 50 W. Washington Street

City, State, ZIP: Chicago, IL 60602

FILED DATE: 10/23/2023 2:16 PM 2023L009113

In **4a,** fill out the address of the court building where the Defendant may file or e-file their *Appearance* and *Answer/ Response*.

In **4b,** fill out:
- The court date and time the clerk gave you.
- The courtroom and address of the court building.
- The call-in or video information for remote appearances (if applicable).
- The clerk's phone number and website.

All of this information is available from the Circuit Clerk.

☐ b. Attend court:

On: ____________ at ____________ ☐ a.m. ☐ p.m. in ____________
*Date* *Time* *Courtroom*

**In-person at:**

______________________________________________
*Courthouse Address* *City* *State* *ZIP*

OR

**Remotely** (You may be able to attend this court date by phone or video conference. This is called a "Remote Appearance")**:**

By telephone: ______________________________
*Call-in number for telephone remote appearance*

By video conference: ______________________________
*Video conference website*

______________________________
*Video conference log-in information (meeting ID, password, etc.)*

Call the Circuit Clerk at: ______________________ or visit their website
*Circuit Clerk's phone number*

at: ______________________ to find out more about how to do this.
*Website*

**STOP!**
The Circuit Clerk will fill in this section.

**Witness this Date:** 10/23/2023 2:16 PM IRIS Y. MARTINEZ

**Clerk of the Court:** ______________________

Seal of Court

**STOP! The officer or process server will fill in the Date of Service**

**Note to officer or process server:**
- If 4a is checked, this *Summons* must be served within 30 days of the witness date.
- If 4b is checked, this *Summons* must be served at least 40 days before the court date, unless 2b is also checked.
  - If 4b and 2b are checked, the *Summons* must be served at least 3 days before the court date.

Date of Service: ______________________
*(Date to be entered by an officer or process server on the copy of this Summons left with the Defendant or other person.)*

Enter the Case Number given by the Circuit Clerk: 2023 L 009113

FILED DATE: 10/23/2023 2:16 PM 2023L009113

This form is approved by the Illinois Supreme Court and must be accepted in all Illinois Courts. Forms are free at ilcourts.info/forms.

| STATE OF ILLINOIS, CIRCUIT COURT ______ COUNTY | PROOF OF SERVICE OF SUMMONS AND COMPLAINT/PETITION | For Court Use Only |
|---|---|---|

| Instructions | | |
|---|---|---|
| Enter above the county name where the case was filed. | | |
| Enter your name as Plaintiff/Petitioner. | Asia Bell<br>**Plaintiff / Petitioner** *(First, middle, last name)* | |
| Enter the names of all people you are suing as Defendants/ Respondents. | v.<br>Mitch Sorenson and Wayne Transports<br>**Defendant / Respondent** *(First, middle, last name)* | |
| Enter the Case Number given by the Circuit Clerk. | ☐ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)* | 2023 L 009113<br>**Case Number** |

****Stop. Do not complete the form. The sheriff or special process server will fill in the form. Give them one copy of this blank *Proof of Service* form for each Defendant/Respondent.****

**My name is** ______________________ **and I state**
*First, Middle, Last*

☐ **I served the *Summons* and Complaint/Petition on the Defendant/Respondent**

______________________ **as follows:**
*First, Middle, Last*

☐ Personally on the Defendant/Respondent:
☐ Male ☐ Female ☐ Non-Binary Approx. Age: ________ Race: ____________
On this date: ____________ at this time: ________ ☐ a.m. ☐ p.m.
Address, Unit#: ______________________
City, State, ZIP: ______________________

☐ On someone else at the Defendant/Respondent's home who is at least 13 years old and is a family member or lives there:
On this date: ____________ at this time: ________ ☐ a.m. ☐ p.m.
Address, Unit#: ______________________
City, State, ZIP: ______________________
And left it with: ______________________
*First, Middle, Last*
☐ Male ☐ Female ☐ Non-Binary Approx. Age: ________ Race: ____________
and by sending a copy to this defendant in a postage-paid, sealed envelope to the above address on this date: ____________ .

☐ On the Corporation's agent, ______________________
*First, Middle, Last*
☐ Male ☐ Female ☐ Non-Binary Approx. Age: ________ Race: ____________
On this date: ____________ at this time: ________ ☐ a.m. ☐ p.m.
Address: ______________________
City, State, ZIP: ______________________

FILED DATE: 10/23/2023 2:16 PM 2023L009113

☐ **I was not able to serve the *Summons* and Complaint/Petition on Defendant/Respondent:**

_______________________________________________
*First, Middle, Last*

I made the following attempts to serve the *Summons* and Complaint/Petition on the Defendant/Respondent:

1. On this date: ____________ at this time: ________ ☐ a.m. ☐ p.m.
   Address: ____________
   City, State, ZIP: ____________
   Other information about service attempt: ____________

2. On this date: ____________ at this time: ________ ☐ a.m. ☐ p.m.
   Address: ____________
   City, State, ZIP: ____________
   Other information about service attempt: ____________

3. On this date: ____________ at this time: ________ ☐ a.m. ☐ p.m.
   Address: ____________
   City, State, ZIP: ____________
   Other information about service attempt: ____________

**DO NOT** complete this section. The sheriff or private process server will complete it.

**If you are a special process server, sheriff outside Illinois, or licensed private detective, your signature certifies that everything on the *Proof of Service of Summons* is true and correct to the best of your knowledge. You understand that making a false statement on this form could be perjury.**

Under the Code of Civil Procedure, 735 ILCS 5/1-109, making a statement on this form that you know to be false is perjury, a Class 3 Felony.

**By:**

_______________________________
*Signature by:* ☐ Sheriff
☐ Sheriff outside Illinois:

_______________________
*County and State*
☐ Special process server
☐ Licensed private detective

_______________________________
*Print Name*

**FEES**

Service and Return: $ ________
Miles ________ $ ________
Total $ 0.00

If *Summons* is served by licensed private detective or private detective agency:
License Number: ____________

Hearing Date: No hearing scheduled
Location: <<CourtRoomNumber>>
Judge: Calendar, F

This form is approved by the Illinois Supreme Court and must be accepted in all Illinois Courts.
Forms are free at ilcourts.info/forms.

FILED DATE: 10/23/2023 2:16 PM 2023L009113

| STATE OF ILLINOIS, CIRCUIT COURT ____________ COUNTY | SUMMONS | For Court Use Only FILED 10/23/2023 2:16 PM IRIS Y. MARTINEZ CIRCUIT CLERK COOK COUNTY, IL 2023L009113 Calendar, F 24900555 |
|---|---|---|
| **Instructions** | | |
| Enter above the county name where the case was filed. | Asia Bell<br>**Plaintiff / Petitioner** *(First, middle, last name)* | |
| Enter your name as Plaintiff/Petitioner. | v. | |
| Below "Defendants/ Respondents," enter the names of all people you are suing. | **Defendants / Respondents** *(First, middle, last name)*<br>Mitch Sorenson And Wayne Transports | 2023 L 009113<br>**Case Number** |
| Enter the Case Number given by the Circuit Clerk. | ☐ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)* | |

# IMPORTANT: You have been sued.

- Read all documents attached to this Summons.
- You MUST file an official document with the court within the time stated on this Summons called an *Appearance* and a document called an *Answer/Response*. If you do not file an *Appearance* and *Answer/Response* on time, the judge may decide the case without hearing from you. This is called "default." As a result, you could lose the case.
- All documents referred to in this Summons can be found at ilcourts.info/forms. Other documents may be available from your local Circuit Court Clerk's office or website.
- After you fill out the necessary documents, you need to electronically file (e-file) them with the court. To e-file, you must create an account with an e-filing service provider. For more information, go to ilcourts.info/efiling. If you cannot e-file, you can get an exemption that allows you to file in-person or by mail.
- You may be charged filing fees, but if you cannot pay them, you can file an Application for Waiver of Court Fees.
- It is possible that the court will allow you to attend the first court date in this case in-person or remotely by video or phone. Contact the Circuit Court Clerk's office or visit the Court's website to find out whether this is possible and, if so, how to do this.
- Need help? Call or text Illinois Court Help at 833-411-1121 or go to ilcourthelp.gov for information about going to court, including how to fill out and file documents. You can also get free legal information and legal referrals at illinoislegalaid.org. All documents referred to in this Summons can be found at ilcourts.info/forms. Other documents may be available from your local Circuit Court Clerk's office or website.
- ¿Necesita ayuda? Llame o envíe un mensaje de texto a Illinois Court Help al 833-411-1121, o visite ilcourthelp.gov para obtener información sobre los casos de la corte y cómo completar y presentar formularios.

## Plaintiff/Petitioner:

**Do not use this form** in these types of cases:

- All criminal cases
- Eviction
- Small Claims
- Divorce
- Order of protection
- Paternity
- Stalking no contact orders
- Civil no contact orders
- Adult guardianship
- Detinue
- Foreclosure
- Administrative review cases

For eviction, small claims, divorce, and orders of protection, use the forms available at ilcourts.info/forms. If your case is a detinue, visit illinoislegalaid.org for help.

**If you are suing more than 1 Defendant/Respondent**, attach an *Additional Defendant/Respondent Address and Service Information* form for **each** additional Defendant/Respondent.

Enter the Case Number given by the Circuit Clerk: 2023L009113

FILED DATE: 10/23/2023 2:16 PM 2023L009113

In **1a**, enter the name and address of the first Defendant/ Respondent you are serving. If you are serving a Registered Agent, include the Registered Agent's name and address here.

In **1b**, enter a second address for the first Defendant/ Respondent, if you have one.

In **1c**, check how you are sending your documents to this Defendant/ Respondent.

**1. Defendant/Respondent's address and service information:**

a. Defendant/Respondent's primary address/information for service:

Name *(First, Middle, Last)*: Mitch Sorenson

Registered Agent's name, if any: TBD

Street Address, Unit #: TBD

City, State, ZIP:

Telephone: Email: TBD

b. If you have more than one address where Defendant/Respondent might be found, list that here:

Name *(First, Middle, Last)*:

Street Address, Unit #:

City, State, ZIP:

Telephone: Email:

c. Method of service on Defendant/Respondent:

☐ Sheriff ☐ Sheriff outside Illinois: ____ *County & State*

☑ Special process server ☐ Licensed private detective

Check here if you are serving more than 1 Defendant/ Respondent. Attach an *Additional Defendant/ Respondent Address and Service Information* form for each additional Defendant/Respondent and write the number of forms you attached.

☐ **I am serving more than 1 Defendant/Respondent.**

I have attached ____ (*Number*) *Additional Defendant/Respondent Address and Service Information* forms.

In **2a**, enter the amount of money owed to you. Check **2b** if you are asking for the return of tangible personal property.

**2. Information about the lawsuit:**

a. Amount claimed: $

☐ b. I am asking for the return of tangible personal property (items in the Defendant/Respondent's possession).

In **3**, enter your complete address, telephone number, and email address, if you have one.

**3. Contact information for the Plaintiff/Petitioner:**

Name *(First, Middle, Last)*: The Law Offices of David A. Kadzai

Street Address, Unit #: 1525 E 53rd St Suite 832

City, State, ZIP: Chicago, IL 60615

Telephone: 3122290050 Email: dkadzai@kadzailawgroup.com

**GETTING COURT DOCUMENTS BY EMAIL:** You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information, notice of court dates, or documents from other parties.

**Important information for the person getting this form**

You have been sued. Read all of the documents attached to this *Summons*. To participate in the case, you must follow the instructions listed below. If you do not, the court may decide the case without hearing from you and you could lose the case. *Appearance* and *Answer/Response* forms can be found at: ilcourts.info/forms.

Check **4a** or **4b**. If Defendant/Respondent only needs to file an *Appearance* and *Answer/Response* within 30 days, check box **4a**. Otherwise, if the clerk gives you a court date, check box **4b**.

**4. Instructions for person receiving this *Summons* (Defendant):**

☑ a. To respond to this *Summons,* you must file *Appearance* and *Answer/Response* forms with the court within 30 days after you have been served (*not counting the day of service*) by e-filing or at:

Address: 50 W Washington St

City, State, ZIP: Chicago, IL 60620

FILED DATE: 10/23/2023 2:16 PM 2023L009113

In **4a,** fill out the address of the court building where the Defendant may file or e-file their *Appearance* and *Answer/ Response*.

In **4b,** fill out:
- The court date and time the clerk gave you.
- The courtroom and address of the court building.
- The call-in or video information for remote appearances (if applicable).
- The clerk's phone number and website.

All of this information is available from the Circuit Clerk.

☐ b. Attend court:

On: ____________ at ____________ ☐ a.m. ☐ p.m. in ____________
*Date* *Time* *Courtroom*

**In-person at:**

____________________________________________
*Courthouse Address* *City* *State* *ZIP*

OR

**Remotely** (You may be able to attend this court date by phone or video conference. This is called a "Remote Appearance")**:**

By telephone: ____________________________
*Call-in number for telephone remote appearance*

By video conference: ____________________________
*Video conference website*

____________________________________________
*Video conference log-in information (meeting ID, password, etc.)*

Call the Circuit Clerk at: ____________________ or visit their website
*Circuit Clerk's phone number*

at: ____________________ to find out more about how to do this.
*Website*

**STOP!**
The Circuit Clerk will fill in this section.

10/23/2023 2:16 PM IRIS Y. MARTINEZ

**Witness this Date:** ____________________

**Clerk of the Court:** ____________________

CIRCUIT COURT OF COOK COUNTY, ILLINOIS

*Seal of Court*

**STOP! The officer or process server will fill in the Date of Service**

**Note to officer or process server:**

- If 4a is checked, this *Summons* must be served within 30 days of the witness date.
- If 4b is checked, this *Summons* must be served at least 40 days before the court date, unless 2b is also checked.
  - If 4b and 2b are checked, the *Summons* must be served at least 3 days before the court date.

Date of Service: ____________________
*(Date to be entered by an officer or process server on the copy of this Summons left with the Defendant or other person.)*

Enter the Case Number given by the Circuit Clerk: 2023 L 009113

This form is approved by the Illinois Supreme Court and must be accepted in all Illinois Courts.
Forms are free at ilcourts.info/forms.

FILED DATE: 10/23/2023 2:16 PM 2023L009113

| STATE OF ILLINOIS, CIRCUIT COURT ______ COUNTY | PROOF OF SERVICE OF SUMMONS AND COMPLAINT/PETITION | For Court Use Only |
|---|---|---|
| **Instructions** | | |
| Enter above the county name where the case was filed. | | |
| Enter your name as Plaintiff/Petitioner. | Asia Bell<br>**Plaintiff / Petitioner** *(First, middle, last name)* | |
| Enter the names of all people you are suing as Defendants/ Respondents. | v.<br>Mitch Sorenson And Wayne Transports<br>**Defendant / Respondent** *(First, middle, last name)* | |
| Enter the Case Number given by the Circuit Clerk. | ☐ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)* | 2023 L 009113<br>**Case Number** |

****Stop. Do not complete the form. The sheriff or special process server will fill in the form. Give them one copy of this blank *Proof of Service* form for each Defendant/Respondent.****

**My name is** ______________________ **and I state**
*First, Middle, Last*

☐ **I served the *Summons* and Complaint/Petition on the Defendant/Respondent**
______________________ **as follows:**
*First, Middle, Last*

☐ Personally on the Defendant/Respondent:
☐ Male ☐ Female ☐ Non-Binary Approx. Age: ______ Race: ______
On this date: ______ at this time: ______ ☐ a.m. ☐ p.m.
Address, Unit#: ______
City, State, ZIP: ______

☐ On someone else at the Defendant/Respondent's home who is at least 13 years old and is a family member or lives there:
On this date: ______ at this time: ______ ☐ a.m. ☐ p.m.
Address, Unit#: ______
City, State, ZIP: ______
And left it with: ______
*First, Middle, Last*
☐ Male ☐ Female ☐ Non-Binary Approx. Age: ______ Race: ______
and by sending a copy to this defendant in a postage-paid, sealed envelope to the above address on this date: ______ .

☐ On the Corporation's agent, ______
*First, Middle, Last*
☐ Male ☐ Female ☐ Non-Binary Approx. Age: ______ Race: ______
On this date: ______ at this time: ______ ☐ a.m. ☐ p.m.
Address: ______
City, State, ZIP: ______

FILED DATE: 10/23/2023 2:16 PM 2023L009113

☐ **I was not able to serve the *Summons* and Complaint/Petition on Defendant/Respondent:**

_______________________________________________
*First, Middle, Last*

I made the following attempts to serve the *Summons* and Complaint/Petition on the Defendant/Respondent:

1. On this date: ____________ at this time: ________ ☐ a.m. ☐ p.m.
   Address: ________________________________
   City, State, ZIP: ________________________________
   Other information about service attempt: ________________________________

2. On this date: ____________ at this time: ________ ☐ a.m. ☐ p.m.
   Address: ________________________________
   City, State, ZIP: ________________________________
   Other information about service attempt: ________________________________

3. On this date: ____________ at this time: ________ ☐ a.m. ☐ p.m.
   Address: ________________________________
   City, State, ZIP: ________________________________
   Other information about service attempt: ________________________________

**DO NOT** complete this section. The sheriff or private process server will complete it.

**If you are a special process server, sheriff outside Illinois, or licensed private detective, your signature certifies that everything on the *Proof of Service of Summons* is true and correct to the best of your knowledge. You understand that making a false statement on this form could be perjury.**

Under the Code of Civil Procedure, 735 ILCS 5/1-109, making a statement on this form that you know to be false is perjury, a Class 3 Felony.

**By:**

_______________________________
*Signature by:* ☐ Sheriff
☐ Sheriff outside Illinois:

_______________________________
*County and State*

☐ Special process server
☐ Licensed private detective

_______________________________
*Print Name*

**FEES**

| | | |
|---|---|---|
| Service and Return: | | $ |
| Miles | ________ | $ |
| Total | | $ 0.00 |

If *Summons* is served by licensed private detective or private detective agency:
License Number: ________________________

Hearing Date: No hearing scheduled
Location: <<CourtRoomNumber>>
Judge: Calendar, F

FILED
11/15/2023 4:21 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2023L009113
Calendar, F
25227353

FILED DATE: 11/15/2023 4:21 PM 2023L009113

IN THE CIRCUIT COURT OF COOK COUNTY
STATE OF ILLINOIS

ASIA BELL, )
Plaintiff, )
-vs.- ) Case No. 2023L009113
WAYNE TRANSPORTS, INC., and MITCH SORENSON, )
Defendants. )

**ENTRY OF APPEARANCE**

COMES NOW Gregory T. Cook of McAnany Van Cleave & Phillips and hereby enter my appearance on behalf of Defendants Wayne Transport, Inc. and Mitch Sorenson in the above-captioned case.

Respectfully submitted,

McANANY, VAN CLEAVE & PHILLIPS
505 North 7th Street, Suite 2100
St. Louis, Missouri 63101
314-621-1133
314-621-4405 – facsimile

By: /s/ Gregory T. Cook
Gregory T. Cook, #45406
gcook@mvplaw.com
***Attorney for Defendants Wayne Transports, Inc. and Mitch Sorenson***

FILED DATE: 11/15/2023 4:21 PM 2023L009113

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true copy of the foregoing was filed electronically with the Clerk of the Court and served via the Court' s electronic filing system this 15th day of November, 2023 to all counsel of record.

/s/ Gregory T. Cook

#19

# IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

Asia Bell
Plaintiff(s),

v.

Mitch Sorenson and Wayne Transports
Defendant(s).

No. 2023 L 009113

Motion Call F

## CASE MANAGEMENT ORDER – CATEGORY 1 CASES

- The intent of this order is for the parties to complete all discovery and for the court to rule on all dispositive motions within **15 months** following the filing of the complaint.
- This order **does not alter** the application of Illinois Supreme Court Rule 218 – **the 60-day rule.**
- **Fill in all blanks.**

| | Months after Complaint filed | Date |
|---|---|---|
| Service of process achieved, responsive pleadings filed, treaters' list with names and addresses sent, HIPPA order entered, Rule 213(f)(1), (f)(2), (f)(3) & Rule 214 written discovery issued no later than | 2 | 11/15/23 |
| Rule 213(f)(1), (f)(2), & Rule 214 written discovery completed no later than | 5 | 2/5/24 |
| Rule 213(f)(2) subpoenas issued no later than | 6 | 3/4/24 |
| Rule 213(f)(1) depositions completed no later than | 7 | 3/18/24 |
| Interim CMC @ ~~8 March 21, 2024~~ 10:15 AM A.M. **IN PERSON** | 7 | 3/21/24 |
| Rule 213(f)(2) depositions completed no later than | 9 | 5/31/24 |
| Dispositive motions filed and Rule 215 & 216 discovery completed no later than | 10 | 6/28/24 |
| Rule 213(f)(3) disclosures completed no later than Rule 213(f)(3) | 11 | 7/29/24 |
| depositions completed no later than | 13 | 9/30/24 |
| Final CMC/trial certification @ 10:00 A.M. **IN PERSON** | 15 | 12/19/24 |

Assoc. Judge Moira S. Johnson
NOV 15 2023
Circuit Court 1836

FAILURE OF ANY PARTY TO COMPLY WITH THIS CMC ORDER WILL BE A BASIS FOR SCR 219(C) SANCTIONS. FAILURE OF ANY PARTY TO ENFORCE THIS CMC ORDER WILL CONSTITUTE A WAIVER OF SUCH DISCOVERY BY THAT PARTY.

ENTERED:

MJ 1836

Circuit Court Judge

#19

# IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

Asia Bell
Plaintiff(s),

v.

Mitch Sorenson and Wayne Transports
Defendant(s).

No. 2023 L 009113

Motion Call F

## CASE MANAGEMENT ORDER – CATEGORY 1 CASES

- The intent of this order is for the parties to complete all discovery and for the court to rule on all dispositive motions within **15 months** following the filing of the complaint.
- This order **does not alter** the application of Illinois Supreme Court Rule 218 – **the 60-day rule.**
- **Fill in all blanks.**

| | Months after Complaint filed | Date |
|---|---|---|
| Service of process achieved, responsive pleadings filed, treaters' list with names and addresses sent, HIPPA order entered, Rule 213(f)(1), (f)(2), (f)(3) & Rule 214 written discovery issued no later than | 2 | 11/15/23 |
| Rule 213(f)(1), (f)(2), & Rule 214 written discovery completed no later than | 5 | 2/5/24 |
| Rule 213(f)(2) subpoenas issued no later than | 6 | 3/4/24 |
| Rule 213(f)(1) depositions completed no later than | 7 | 3/18/24 |
| Interim CMC @ ~~8 March 21, 2024~~ 10:15 AM A.M. **IN PERSON** | 7 | 3/21/24 |
| Rule 213(f)(2) depositions completed no later than | 9 | 5/31/24 |
| Dispositive motions filed and Rule 215 & 216 discovery completed no later than | 10 | 6/28/24 |
| Rule 213(f)(3) disclosures completed no later than | 11 | 7/29/24 |
| Rule 213(f)(3) depositions completed no later than | 13 | 9/30/24 |
| Final CMC/trial certification @ 10:00 A.M. **IN PERSON** | 15 | 12/19/24 |

Assoc. Judge Moira S. Johnson
NOV 15 2023
Circuit Court 1836

FAILURE OF ANY PARTY TO COMPLY WITH THIS CMC ORDER WILL BE A BASIS FOR SCR 219(C) SANCTIONS. FAILURE OF ANY PARTY TO ENFORCE THIS CMC ORDER WILL CONSTITUTE A WAIVER OF SUCH DISCOVERY BY THAT PARTY.

ENTERED:

[signature] 1836

Circuit Court Judge

#19

# IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

Asia Bell
Plaintiff(s),

v.

Mitch Sorenson and Wayne Transports
Defendant(s).

No. 2023 L 009113

Motion Call F

## CASE MANAGEMENT ORDER – CATEGORY 1 CASES

- The intent of this order is for the parties to complete all discovery and for the court to rule on all dispositive motions within **15 months** following the filing of the complaint.
- This order **does not alter** the application of Illinois Supreme Court Rule 218 – **the 60-day rule.**
- **Fill in all blanks.**

| | Months after Complaint filed | Date |
|---|---|---|
| Service of process achieved, responsive pleadings filed, treaters' list with names and addresses sent, HIPPA order entered, Rule 213(f)(1), (f)(2), (f)(3) & Rule 214 written discovery issued no later than | 2 | 11/15/23 |
| Rule 213(f)(1), (f)(2), & Rule 214 written discovery completed no later than | 5 | 2/5/24 |
| Rule 213(f)(2) subpoenas issued no later than | 6 | 3/4/24 |
| Rule 213(f)(1) depositions completed no later than | 7 | 3/18/24 |
| Interim CMC @ ~~3 March 21, 2024~~ 10:15 AM A.M. **IN PERSON** | 7 | 3/21/24 |
| Rule 213(f)(2) depositions completed no later than | 9 | 5/31/24 |
| Dispositive motions filed and Rule 215 & 216 discovery completed no later than | 10 | 6/28/24 |
| Rule 213(f)(3) disclosures completed no later than Rule 213(f)(3) | 11 | 7/29/24 |
| depositions completed no later than | 13 | 9/30/24 |
| Final CMC/trial certification @ 10:00 A.M. **IN PERSON** | 15 | 12/19/24 |

Assoc. Judge Moira S. Johnson
NOV 15 2023
Circuit Court 1836

FAILURE OF ANY PARTY TO COMPLY WITH THIS CMC ORDER WILL BE A BASIS FOR SCR 219(C) SANCTIONS. FAILURE OF ANY PARTY TO ENFORCE THIS CMC ORDER WILL CONSTITUTE A WAIVER OF SUCH DISCOVERY BY THAT PARTY.

ENTERED:

[signature] 1836

Circuit Court Judge